NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRAND ACADIAN, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5124

---

Appeal from the United States Court of Federal Claims in 07-CV-849, Chief Judge Emily C. Hewitt.

---

## ON MOTION

---

## ORDER

Upon consideration of Grand Acadian, Inc.'s unopposed motion to dismiss the appeal from case no. 07-CV-849 (Fed. Cl.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

GRAND ACADIAN INC v. US                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

Issued As A Mandate: ___OCT 0 4 2012_____